1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000
5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) Case No. 1:08-cr-00177 OWW
                                )
12              Plaintiff,      ) STIPULATION TO CONTINUE
                                ) SENTENCING; ORDER
13                              )
         v.                     )
14                              ) Date: May 16, 2011
   URIEL RIVERA-GOMEZ,          ) Time: 1:30 p.m.
15                              ) Judge: Hon. Oliver W. Wanger
              Defendant.        )
16 _____)

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, **that the**

19 **sentencing hearing now set for May 2, 2011, may be continued to**

20 **May 16, 2011, at 1:30 p.m**.

21     The reason for the continuance is to allow time for

22 additional case preparation and discussions between the parties

23 prior to the sentencing hearing.  The requested continuance will

24 ///

25 ///

26 ///

27 ///

28 ///

conserve time and resources for the parties and the Court.

                                              BENJAMIN B. WAGNER  
                                              United States Attorney

Dated: April 28, 2011       By:   /s/ Ian L. Garriques  
                                              IAN L. GARRIQUES  
                                              Assistant U.S. Attorney

                                              DANIEL J. BRODERICK  
                                              Federal Defender

Dated: April 28, 2011       By:   /s/ Doug Beevers  
                                              DOUG BEEVERS  
                                              Attorney for Defendant

                                    **O R D E R**

IT IS SO ORDERED.

**Dated:   April 29, 2011**                      /s/ Oliver W. Wanger  
                                            UNITED STATES DISTRICT JUDGE